JUDGE SCHEINDLIN

08 CV 3634

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------X
SUBBAROW FABRICS,

        Plaintiff,

Vs.

COMPLETE CLOTHING COMPANY, INC.

        Defendants,
------------------------------------------------------X

Case No: _____

**RULE 7.1 STATEMENT**

APR 16 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure the undersigned attorney of record for Plaintiff Subbarow Fabrics certifies that the following are the corporate parents and publicly held corporations that own more than 10% of stock in Plaintiff: NONE

Dated: Jersey City, New Jersey
       April 16, 2008

LAW OFFICES OF SAIF M. AGHA

By: _____
Saif M. Agha, Esq.
Attorney for Plaintiff

35 Journal Square, Suite 430
Jersey City, New Jersey 07306
Tel: 201-526-3835
Fax: 201-489-4585