# LAW OFFICES OF
# SAIF M. AGHA

Admitted to New York & New Jersey Bars

35 Journal Square, Suite 430
Jersey City, NJ 07306
Phone: 201.526.3835
Fax:    201.839.4585
E-mail: sagha@aghalawoffices.com

June 11, 2008

**Via First Class Mail**

Hon. Shira A. Sheindlin, USDJ
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Rm 1620
New York, NY 10007

**Re:   Subbarow Fabrics v. Complete Clothing Company, Inc.
        Docket 08- 3634 (SAS)**

Dear Judge Sheindlin:

      This office is counsel to Plaintiff Subbarow Fabrics in the captioned action.  Please accept this letter as Plaintiff's request to withdraw its complaint against Defendant, without prejudice.  The parties are currently negotiating an amicable settlement, and it is expected that same shall shortly be concluded.  A draft order is attached to this letter

      An initial pretrial conference for this case was originally scheduled before your honor on June 16, 2008.  As this conference is now moot, Plaintiff further respectfully requests the court to cancel the appearance.

      If the court should have any questions concerning the above, please do not hesitate to contact me.

Respectfully yours,

/s/ Saif M. Agha

Saif M. Agha, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X
SUBBAROW FABRICS,                                            Case No: 08-CV-3634 (SAS)

                    Plaintiff,

Vs.                                                          **ORDER GRANTING WITHDRAWAL OF COMPLAINT**

COMPLETE CLOTHING COMPANY, INC.

                    Defendants,
-----------------------------------------------------------X

      **THIS MATTER** comes before the Court through Plaintiff's request for leave to withdraw its complaint against Defendant, without prejudice. Plaintiff filed its complaint against Defendant on April 16, 2008.

**IT IS HEREBY ORDERED:**

1. Plaintiff's complaint against Defendant is withdrawn, without prejudice.

2. The preliminary conference originally scheduled for June 16, 2008 is hereby cancelled.

**Dated this _____ day of June, 2008**

_____

Hon. Shira A. Sheindlin, U.S.D.J.

1