USDC SDNY
DOC[...]
[...]Y FILED
6/16/08

RECEIVED
CHAMBERS OF
JUN 16 2008
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SUBBAROW FABRICS,                           Case No: 08-CV-3634 (SAS)

                  Plaintiff,

Vs.                                         **ORDER GRANTING**
                                            **WITHDRAWAL OF**
                                            **COMPLAINT**

COMPLETE CLOTHING COMPANY, INC.

                  Defendants,
-----------------------------------------------------------X

**THIS MATTER** comes before the Court through Plaintiff's request for leave to withdraw its complaint against Defendant, without prejudice. Plaintiff filed its complaint against Defendant on April 16, 2008.

**IT IS HEREBY ORDERED:**

1. Plaintiff's complaint against Defendant is withdrawn, without prejudice.

2. The preliminary conference originally scheduled for June 16, 2008 is hereby cancelled.

*The clerk is directed to close this case*

Dated this ___16___ day of June, 2008

_/s/ [signature]_
Hon. Shira A. Scheindlin, U.S.D.J.

1